UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 04 B 20514
    WALDO WILSON
    BETTY WILSON                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
           Debtor
    SSN XXX-XX-3373     SSN XXX XX 4569
```

## TRUSTEE'S FINAL REPORT AND ACCOUNT

The case was filed on 05/26/2004 and was not confirmed.

The case was transfer to marilyn marshall 08/19/2004.

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AT&T UNIVERSAL | UNSECURED | NOT FILED | .00 | .00 |
| BANK ONE DELAWARE | UNSECURED | 3535.19 | .00 | .00 |
| CHASE MANHATTAN BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 6300.94 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 2931.84 | .00 | .00 |
| RESURGENT ACQUISITION LL | UNSECURED | 5971.81 | .00 | .00 |
| MELVIN J KAPLAN | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | .00 |

Summary of Receipts and Disbursements:

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | .00 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | .00 |
| TRUSTEE COMPENSATION | | .00 |
| DEBTOR REFUND | | .00 |
| TOTALS | .00 | .00 |

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

NOV 2 3 2004

KENNETH S. GARDNER, CLERK
RD

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 04 B 20514 WALDO WILSON & BETTY WILSON

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/23/05

*[signature: Thomas Vaughn]*

TOM VAUGHN
CHAPTER 13 TRUSTEE